IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Equal Employment Opportunity Commission, | ) ) ) | C/A No.: 1:10-cv-01665-MBS-PJG |
| Plaintiff, | ) ) | |
| -v- | ) ) | **CONSENT ORDER** |
| NAS of Aiken, LLC, d/b/a Fairfield Inn & Suites, | ) ) ) ) | |
| Defendant. | ) ) | |

This Court having been advised by counsel for the parties that the above action has been settled in principle, but the parties need additional time to negotiate and execute the settlement documents,

IT IS ORDERED that this Defendant's deadline to answer, move, object, or otherwise respond to the Complaint is hereby extended, upon good cause shown, to on or before November 22, 2010.

_____
Paige J. Gossett
United States Magistrate Court Judge

Columbia, South Carolina
October 25, 2010

WE CONSENT:

s/Nicholas Walter
Nicholas Walter, Esq. (Fed. ID No. 9975)
EQUAL EMPLOYMENT OPPORTUNITY COMM.
Charlotte District Office
129 West Trade Street, Suite 400
Charlotte, North Carolina 28202
Ph: 704-954-6472
Fax: 704-954-6412
Nicholas.Walter@eeoc.gov

LOCAL COUNSEL FOR PLAINTIFF

s/Nekki Shutt
Nekki Shutt (Fed. ID No. 6530)
CALLISON TIGHE & ROBINSON, LLC
P.O. BOX 1390
Columbia, SC 29202
Ph: (803) 404-6900
Fax: (803) 404-6901

COUNSEL FOR DEFENDANT